*Van C. Swearingen,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,*
Assistant for the State.

State, *ex rel.* L. F. Rodgers, *et al.,* Relators, v. John B.
Rodes, *et al.,* Respondents.

*Hull, Landis & Whitehair,* for Relators.
*Noah B. Butt,* for Respondents.

John Teddleton, Plaintiff in Error, v. State of Florida,
Defendant in Error.

*Donald Walker,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,*
Assistant, for the State.

Carl O. Warth, *et al.,* Appellants, v. The Tilton Drug Company, a Florida Corporation, Appellee.

*Vincent C. Giblin,* for Appellants.
*Thos. H. Anderson,* for Appellee.

J. R. Cason, *et al.,* Appellants, v. Corene Cason, Etc., Appellee.

*Joe Hill Williams,* for Appellants.
*Knight & Knight,* for Appellee.

Hitiwell Johnson, Plaintiff in Error, v. State of Florida, Defendant in Error.

*P. B. Edwards,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for the State

Tampa Gas Company, a Corporation, Plaintiff in Error, v. William Charles Ballard, Etc., Defendant in Error.

*Sutton, Tillman & Reeves,* for Plaintiff in Error.
*Worth, Bivens & Lively,* for Defendant in Error.

John H. Flood, Appellant, v. George E. Deitz, *et al.,* Appellees.

*George W. Wylie, A. J. Maurer* and *F. J. Mack,* for the Motion.

State of Florida, *ex rel.* J. R. Mayo, *et al.,* Relators, v. The State Road Department of the State of Florida, Respondent.